```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
THE ESTATE OF ALFREDO SALDANA, by his                          :
Proposed Administrator, TERESA SALDANA,                        :
                                                               :
                         Plaintiff,                            :     23-cv-2312 (LJL)
                                                               :
           -v-                                                 :           ORDER
                                                               :
REBEKAH REHAB EXTENDED CARE CENTER;                            :
ABC CORPORATION; ABC PARTNERSHIP,                              :
                                                               :
                         Defendants.                           :
                                                               :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/29/2023

LEWIS J. LIMAN, United States District Judge:

      On March 17, 2023, Defendant filed a notice of removal.  Dkt. No. 1.  On March 20, 2023, Defendant moved to stay this action pending a resolution of two cases before the Second Circuit, which are expected to address jurisdictional issues relevant to this case.  Dkt. No. 5 at 1.  The letter indicates that Plaintiff does not consent to the request for a stay, *see id.*, but Plaintiff has not yet appeared in this case.

      Defendant is ORDERED to serve a copy of its letter motion and this Order on Plaintiff and to file proof of service.  Plaintiff will have one week from the date of service to appear and submit a response, if any, to this letter motion.

      SO ORDERED.

Dated: March 29, 2023
       New York, New York

                                            LEWIS J. LIMAN
                                        United States District Judge