UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  04/10/2023
```

-------------------------------------------------------------------X
                                                            :
THE ESTATE OF ALFREDO SALDANA, by his                       :
Proposed Administrator, TERESA SALDANA,                     :
                                                            :
                              Plaintiff,                    :          23-cv-2312 (LJL)
                                                            :
              -v-                                           :          ORDER
                                                            :
REBEKAH REHAB EXTENDED CARE CENTER;                         :
ABC CORPORATION; ABC PARTNERSHIP,                           :
                                                            :
                              Defendants                    :
                                                            :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       The motion for a stay is denied.  Dkt. No. 5.  Plaintiff shall file and serve its motion for a
remand within seven days of the date of this Order.  Defendant shall file its opposition within
two weeks after the date on which it is served.  Plaintiff's reply brief is due one week after
service of the opposition brief.  The initial pretrial conference shall be deferred until after the
Court has decided the motion for a remand.

       The Clerk of Court is respectfully directed to close Dkt. No. 5.

       SO ORDERED.


Dated: April 10, 2023
       New York, New York        _____
                                        LEWIS J. LIMAN
                                  United States District Judge